

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

August 4, 2008

**BY HAND**
Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-08
```

Re:   Bridgewater v. Taylor, et al., 08-Civ-3593(VM)

Dear Judge Marrero:

I represent the defendants in the above-referenced action and am writing to request an extension of time in which to either answer or move to dismiss the complaint in this action. This is the second request for an extension of time in this case.

The deadline for the Defendants to respond to the complaint is currently August 8, 2008. I am requesting an extension of approximately sixty days, until October 10, 2008, for the defendants to respond to the complaint. This amount of time is necessary because I am currently preparing for a trial before Judge Preska in the Southern District of New York which is scheduled to begin on August 11, 2008, (McClain v. Bermudez, 06-Civ-13706), and the approximately sixty days would allow me to complete that trial and conduct an investigation into the current action. I have not asked the plaintiff for his consent because of the time delay in communicating by first class mail and because the plaintiff is currently incarcerated in Clinton Correctional Facility.

    Wherefore the defendants respectfully request an extension of approximately sixty days, from August 8, 2008 to October 10, 2008, to either answer or move to dismiss the complaint in this case.

Respectfully submitted,

Kevin R. Harkins<br>
Assistant Attorney General<br>
120 Broadway, 24th Floor<br>
New York, New York 10271

cc: **Via First Class Mail**
Pedro Bridgewater, 94A8406
*Pro Se*
Clinton Correctional Facility
Route 374, 1156 Cook Street
Box 2001
Dannemora, New York 12929

---

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 10-10-08. No further extensions will be considered.

SO ORDERED.

8-6-08
DATE          VICTOR MARRERO, U.S.D.J.