USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

PEDRO BRIDGEWATER,                 :

                Plaintiff,       :     08 Civ. 3593 (VM)(HBP)

   -against-                     :     MEMORANDUM OPINION
                                                                               AND ORDER
J. TAYLOR, et al.,                 :

                Defendants.     :

----------------------------------X

      PITMAN, United States Magistrate Judge:

      By letter dated July 20, 2010, plaintiff seeks clarification of my Memorandum Opinion and endorsed Order, both dated June 30, 2010. Plaintiff asserts that he cannot discern whether I granted or denied his request for discovery concerning the procedures at Sing Sing Correctional Facility for escorting prisoners. As noted in the last sentence of my June 30 Memorandum Opinion and Order, "[p]laintiff's application to compel discovery is denied in all respects."

      In his same letter, plaintiff also seeks an extension of time to file his second amended complaint and additional discovery to determine the identities of the "John Doe" defendants.

      Plaintiff's time to file his second amended complaint is extended to November 1, 2010. Further extensions will **not** be

granted except for unforeseeable emergencies demonstrated by affidavit October 31, 2010.  Plaintiff's application for further discovery is denied.  As I have previously noted, in his second amended complaint, plaintiff should describe the John Doe defendants in as much detail as possible.  For example, plaintiff might describe a defendant as "John Doe No. 1, a white male, 30-40 years of age, black hair, medium build, assigned to Post ____ in the early afternoon of August 29, 2006."  After meaningful descriptions are provided, I can consider with the parties how the John Doe defendants can be identified.

Dated:   New York, New York
         September 20, 2010

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies mailed to:

Mr. Pedro Bridgewater
DIN 94-A-8406
Auburn Correctional Facility
P.O. Box 618
Auburn, New York  13021

Kevin R. Harkins, Esq.
Assistant Attorney General
State of New York
24th Floor
120 Broadway
New York, New York  10271

2